IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BERNARD HENRY ROBINSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-79 (WLS-TQL) |
| | * |
| GEORGE IVY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 12, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk