IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BERNARD HENRY ROBINSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| VS. : | NO. 7:24-CV-00079-WLS-TQL |
| : | |
| **WARDEN GEORGE IVY,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

On November 12, 2024, the Court signed an Order and Judgment dismissing pro se Plaintiff Bernard Henry Robinson's Complaint because Plaintiff failed to comply with the Court's order to either pay the required filing fee in this case or submit a complete and proper motion for leave to proceed *in forma pauperis*, to include a certified copy of his prison trust fund account information (ECF Nos. 8, 9). On the same date, however, the Court received a partially completed motion for leave to proceed *in forma pauperis* in which Plaintiff indicated that the business office at Valdosta State Prison refused to assist him with his account certification form. Attach. 1 to Mot. Proceed IFP 1, ECF No. 7-1. The Court was therefore unaware of Plaintiff's attempted efforts to comply with its previous orders and instructions prior to entering the order of dismissal. Accordingly, the Court *sua sponte* **VACATES** the order and judgment in this case (ECF Nos. 8, 9) and **REMANDS** it to the assigned United States Magistrate Judge for further proceedings consistent with the Court's order of referral (ECF No. 3). Plaintiff is also reminded of his

obligation to notify the Court in writing of any change in his mailing address. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 18th day of November, 2024.

_____
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT