IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BERNARD HENRY ROBINSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-79 (WLS-ALS) |
| | * |
| WARDEN GEORGE IVY, et al., | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 3/6/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 7th day of March, 2025.

                                                  David W. Bunt, Clerk

                                                  s/ Katie Logsdon, Deputy Clerk